```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :   SEALED
        - v. -                  :   SUPERSEDING INDICTMENT
                                :
AARON FINN,                     :   (S1) 21 Cr. 650 (  )
                                :
                Defendant.      :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

**(Deprivation of Civil Rights Under Color of Law)**

The Grand Jury charges:

1.  On or about March 19, 2020, AARON FINN, the defendant, was employed by the New York State Department of Corrections and Community Supervision ("DOCCS") as a correction officer assigned to the Green Haven Correctional Facility located in Dutchess County, New York.

2.  On or about March 19, 2020, in the Southern District of New York, AARON FINN, the defendant, while acting under color of the laws of the State of New York, did willfully subject a person in the custody of the State of New York to the deprivation of rights secured and protected by the Constitution and the laws of the United States, that is, the right to be free from excessive force amounting to cruel and unusual punishment. To wit, while working as a correction officer at the Green Haven Correctional Facility, FINN struck an inmate in DOCCS custody ("Victim-1")

multiple times, and thrashed Victim-1's body and head multiple times, while Victim-1 was restrained. This offense resulted in bodily injury to Victim-1.

(Title 18, United States Code, Section 242.)

_____
FOREPERSON

Damian Williams
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**AARON FINN,**

Defendant.

**SUPERSEDING INDICTMENT**

(S1) 21 Cr. 650

(18 U.S.C. § 242.)

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson