

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 4, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Aaron Finn, S1 21 Cr. 650**

Dear Judge Krause:

    The Government respectfully requests that the superseding indictment in the above-referenced case be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lindsey Keenan
Assistant United States Attorney
(212) 637-1565

**SO ORDERED:**

_____
**HON. ANDREW KRAUSE**
**UNITED STATES MAGISTRATE JUDGE**

11/4/21