# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 30, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

      Re:    United States v. Aaron Finn
                21 CR 650 (NSR)

Dear Honorable Román:

    I am writing in relation to today's conference in the above referenced case. I have spoken to Mr. Finn and he consents to proceeding telephonically. Attached, please find a consent form that has been signed by Mr. Finn.

                                        Respectfully,

                                        //s

                                        Benjamin Gold
                                        Assistant Federal Defender

cc:    Charles Jacob, Esq.
        Lindsey Keenan, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY**
　　　　　　　　　　　　　　**VIDEO OR TELE CONFERENCE**

　　　　　-against-

Aaron Finn
　　　　　　　Defendant(s).
------------------------------------------------------------------X

Defendant　　　hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐　　Initial Appearance Before a Judicial Officer

☐　　Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐　　Guilty Plea/Change of Plea Hearing

☐　　Bail/Detention Hearing

☒　　Conference Before a Judicial Officer - Assignment of Counsel


_____　　　　　_____
Defendant's Signature　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

AARON FINN　　　　　　　　　　　　Benjamin Gold
_____　　　　　_____
Print Defendant's Name　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____　　　　　_____
Date　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge