MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Aaron Finn
21 CR 650 (NSR)

Dear Honorable Román:

 I am writing to ask that the Court grant a 30-day extension for the filling of pre-trial motions in the above referenced case.[1] If granted, this would enable me to continue ongoing plea discussions with the Government about a potential pre-trial resolution. Additionally, this requested adjournment will allow me to fully explore and consider whether Mr. Finn intends to introduce expert testimony, as is contemplated under Rule 12.2(b).[2]

 I have spoken to AUSA Keenan and AUSA Jacob and the Government does not object to this request.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Lindsey Keenan
  AUSA Charles Salim Jacob

---

**Endorsement:**

Deft's request to extend the briefing schedule is GRANTED, without objection by the Gov't, as follows: moving papers shall be filed on Aug. 1, 2022; opposition papers shall be filed on Sept. 1, 2022; and reply papers shall be filed on Sept. 16, 2022. The telephonic Status Conf. is adjourned from Sept. 15, 2022 until Oct. 18, 2022 at 10 am. Clerk of Court is requested to terminate the motion at ECF No. 17.
Dated: White Plains, NY
   June 14, 2022

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2022

---

[1] Under this proposal, defense motions would be due on August 1, 2022.
[2] Rule 12.2(b) requires that the defense provide notice "within the time provided for filing a pretrial motion or at any later time the court sets" regarding a defendant's intention "to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on . . . the issue of guilt."