UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                    **MEMORANDUM**

    -against-                               21 Cr. 650 (NSR)

AARON FINN,

                    Defendant.
------------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

       Please find attached a transcript of the July 12, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 9, 2022
       White Plains, New York

                                                       Respectfully Submitted,

                                                       JUDITH C. McCARTHY
                                                       United States Magistrate Judge