# Exhibit B

To the Honorable Nelson Roman,

Let me introduce myself, I'm the father of Aaron Finn. Let me point out that we call him A.J.. I had a ▮▮▮ 11 years ago and I found out I had ▮▮▮ also. After my stroke I counted on A.J. to help me. My physical mind is slow and he helps me with medical paperwork and helped me understand doctors questions.

During this time A.J. was the only one on my side. He took me to the doctors, Rx drug, and Physical Therapy. He bought and rebuilt a house for my wife and I so it was all one level. He built a bed for me so I can slide in with a handle to adjust myself. He installed a handicap shower and added lots of handles, and a handicap toilet with handles. Most of all he created a body lift because no one can lift me when I fall off the bed or wheelchair.

A.J. was awarded the Heroism award in Boy Scouts. At a Civil War reenactment. During a swim period he saved a scouts life who got swept away by the water current when it became heavier.

I was the Vice District Commissioner in Boy Scouts. A.J. would come and help me improve troops with issues. He would work with the boys in leadership, staying in camp and doing this all by himself.

Though after this it would be hard to help someone after being attacked twice in the same year and then a third time your body wouldn't stand for it and it protected him.

Without his help I'll be in poor shape not being able to help my wife, his mother (80) and myself (68) and handicapped. He supports us both physically and financially.

Respectfully Submitted,
John Finn

*(signature: John Finn)*