# Exhibit C

To the Honorable Nelson Roman,

My name is Kay Finn. I am Aaron's Mother. My Husband and I were married 9 years before Aaron was born, so he was a blessing especially since I was 43 years old.

We lived next to a small lake and by 4 years old he would go fishing, he loved the water.

Later he was a cub scout and they were swimming and his buddie got in trouble and got in the deeper part of the water. When Aaron saw him he went and pulled him out; for that he received the heroism award from the Boy Scouts of America.

After that he was on the Varsity Swim Team for Arlington High School. He also became certified to be a Life guard by the Red Cross to Life guard at a cub scout camp. He would entertain the kids with his unicycle and juggling. He had his first job at 16 at a Deli. His second job was at a movie theater. Then he worked for Gannett at the Poughkeepsie Journal for 7 yrs. Next he signed up for the Corrections Academy in Albany.

I was always worried about him but he seemed to be doing good. Aaron was one of the officers to go to Dannemora when the inmates escaped.

When he was attacked and stabbed in the neck and head. I realized he was lucky to be alive. Well it made it all to clear the threat and harassment from the inmates was very real. I wished he didn't go back. But he did... After this incident he felt very bad and sorrowful as we all are. Hoping this inmate would be ok.

John my husband and I would be so greatful if you could give Aaron Home Detention because we are dependent on his help to us. I will celebrate my 80th birthday on October 30th, it would be a great present to me.

Reverently yours,
Kay Finn

*Kay Finn*