# Exhibit D

October 14, 2022

To Whom it may Concern:

    I Virginia Cline work as a CNA at Fercliff Nursing home in Rhinebeck and A Shift supervisor At CVS Pharmacy In Hyde Park.

    I have Known AJ (Aaron) since he was in his early Twentys Cause I was dating his Brother Steve who became my Partner. For over 10 years. AJ is like a brother in law to me. I remember when I Crash my car and my sister gave me one which Need fixing. Steve and AJ came out in Zero dergeree wheather to get it running for me. AJ was Always fun and Caring to be around. He use to come to Steve and I Apartment and have movie Night with us or stop by to keep his brother Steve Company when I was working. They were Very Close and when Steve passed away AJ was the strong one who held it together. I was a reck I Lost my ~~stot~~ sole mate and rely

on him to help me out. He was there all the way for me and still is which I consider a great person.

I still rely on AJ when I need help with computer fixing, question on them, car question. For instant he told me I should never pump beyong the pump atmation spying for cause not good for gas take and never let go ~~below~~ to empty not good for fuel pump.

When his mom and dad got ill and ~~hard~~ had a hard time managing thir place. AJ ~~worked~~ worked hard and found ~~hend~~ bought them a place to live in to make their llves easier. He then took the plac ~~and~~ fived up nice, made it hadicappe acesible for his Dad and mom to get Troude. AJ. parents rely on him for almost everything like Doctor Appornments, getting mediciaction, house Repair, and ~~just~~ Paper work they dont undstand. I dont kow what they would do without him. His mom and dad are unable to dive so he does all ~~at~~ errons for them.

AS Just Recently had a baby name ▮ I have been able to see them together and He is so great with him. Having Children of my own I know the feeling you get and how much your Children Need you, so Being ▮ only about 3 month old he Need his mom and Dad around. This is the age their Just getting to know and bond with you. As help his wife out alot withe the baby. I was over his dad house and ▮ was fuzzy so he went and Picked him up and started rocking him. I was so great to see.

To some up this letter I personally dont know what I would do Not having him around to Call when I Need something or Just to talken. As a Great brother in law, or friend.

Sincerely
Virginia Cone