# Exhibit M

October 14, 2022

    My name is Katrina Eichler and I'm writing this letter on behalf of my friend and former colleague Aaron Finn. I've know Aaron for almost 9 years as we used to work together for NYSDOCCS. At first we were only coworkers and saw each other in passing and then eventually worked the same housing unit; where Aaron and I worked pretty close to each other. My job was the A officer who was in charge of the block as a whole, I would need to delegate jobs to inmates and fellow officers alike. My job in a quick overview was to man the phones and inmate movement for the first floor of a three floor housing unit. Aaron's job while in that housing unit was to take the count and nightly list known as a "go-around"; where he would approach each cell and ask each inmate what they wanted for the evening. With that said during our almost three years working together, I've witnessed Aaron work and have never seen him conduct himself in an unprofessional manner; in fact I've witnessed Aaron come to the aid of inmates during medical responses helping save lives and my aid multiple times when I had altercations with inmates. We had a serious altercation once in the form of a stand off when roughly 20 inmates refused to return to their cells during yard go back where only Aaron, another officer and myself were present and Aaron was able to talk down the almost situation and between the three of us we managed to verbally defuse the stand off. Aaron was very good with people skills and communication which helped defusing situations before they actually became serious and physical; our years of working together I've never witnessed Aaron in a physical altercation. I've witnessed him defuse many situations verbally and even with simple redirecting, he had a funny sense of humor that worked like a charm in these intense situations.  After years of working with someone you get to know and trust them even consider them a friend and after awhile Aaron and I eventually met each other's spouse and had dinner and attended parties together, we visited each other's home and even became friends. I got to know him outside of prison and his sense of humor shined through in addition to general understanding as to how he was so calm at work. Nothing he has lived through compared to what we went through at work. He was dedicated to his family and more importantly his father and brother who it seemed like he felt responsible for taking care of. He always wanted what's best for his family and worked hard for them. Fast forward to Aaron's experience with being stabbed by an inmate… I can't speak much on that situation or his immediate recovery because I wasn't present; however when Aaron returned to work he was back in what felt like only a few months, I don't know the exact time frame he was out but I remember having a very detailed conversation when he returned to work because he was very silent during his absence. I called and texted and no answer but I understood, maybe he just needed time to himself. Truth is My friend was hurt and refused to talk to me about his pain so I respected his wishes. When he returned to work we spoke and I expressed how concerned I was about how quickly he returned to work and his response was "he needed to get back to work, his family needed the money and he had to work so he can make money". Obviously concerned because it felt like he returned too soon ( if I was stabbed on the job I don't know that I would have been mentally stable to return, my own opinion). I expressed how I felt against his return and he responded "my family needs me eichler".  I had no choice to leave his early return alone regardless my concerns and we both had left that housing unit so we weren't working the same location anymore either. I had a few conversations with him after his return and he was different and acting even sounded different. He was so on edge and acted like everyone wanted to harm him; always on the extra defense (as a prison guard we are always on guard) Fast forward when I heard that Aaron had been in a physical assault with inmate ▮▮▮, my heart dropped, how and why? This man was not that type that involved himself physical violence. Since that instance Aaron has become a father and that's what this man always wanted; a child of his own to make right where his father failed! Does my friend need help; yes absolutely he needs a counselor to help him process his emotions. He needs to go back to his moment of being stabbed because that's what changed him but does he need to be in prison, no!

My friend Finney is the type of person you want by your side, he has a son now; very new to this world and wife and he's still his parent's sole provider. Please find it in your heart the grace for a man who will always protect.