# Exhibit O

| From: | Casey Mack |
|---|---|
| To: | Paulina Leyva |
| Subject: | Letter for Aaron |
| Date: | Monday, October 17, 2022 2:42:09 PM |

**EXTERNAL SENDER**

(no subject)

C



Casey Mack
to me
20 hours ago
Details

I am writing this letter on behalf of Aaron. Speaking to the merit of one's character can be as simple as throwing around a few adjectives and saying someone is a good person. When it comes to Aaron, a few words would not suffice. I met Aaron over a decade ago and did not know what to think of the guy. He was dating my sister and I saw him rather infrequently. As time progressed I spent more time with Aaron, and in this time he began to show a vested interest in caring for his newfound family. At the end of day Aaron through and through is my family. I never had an older brother growing up, and never thought I would yearn for that connection, yet Aaron filled that void. In times of uncertainty and frustration Aaron was there for me, providing counsel and emotional support when I felt like I could not handle it on my own. A few years ago my father was diagnosed with cancer, had his leg amputated,and inevitably passed from his illness. He left behind all of his worldly possessions, and without Aaron they would have disappeared forever. Knowing their importance he shipped everything to New York from Texas to keep in storage for when myself and my sisters were ready to look through them, when we were not grieving and adjusting to such a loss. Aaron has always been this way, going above and beyond to make the people in his life happy and comfortable. He is selfless and compassionate, and now that he is a father and a husband these character traits have only solidified themselves into Aaron's persona. Through all of his struggles he still remains a loving man. I was worried he would change for the worse after he was stabbed at work. I remember going to hug him after that incident and he flinched when I got close. This man, who is practically my older brother, hesitated to hug me, and it made me want to sob that he had been affected in such a way. I have never worked in corrections or any law enforcement related job, but from the incident he went through it became ever apparent to me that the fear of being killed while trying to do a dutiful job adds stressors unseen by most everyday people. To err is human, but being compassionate, selfless, and dutiful are also human. Aaron is a man with a kind heart. Aaron is an amazing husband to my sister. Aaron is everything I could have hoped for in an older brother, and he is a dutiful and loving father to my nephew. Please know what kind of person Aaron is. Know that he puts others before himself, and that he has a kindness to him that makes him the kind of person that affects the people in his life in the best of ways. Sincerely, Casey Belcher

--