# Exhibit P

Exhibit P

Hospital Records

REDACTED / Sensitive Medical Information