# Exhibit Q

Exhibit Q

Dr. Rosenbaum Report

REDACTED / Sensitive Medical Information