# Exhibit R

Exhibit R

Workers Compensation Paperwork

REDACTED / Sensitive Medical Information