# Exhibit S

To the honorable Nelson Roman,

     I would like to take this time to say I take full responsibility for my actions. I don't believe any of the other officers that were involved or responded to this incident should be held accountable for my use of excessive force against Mr. ███. I acted solely and never observed anyone involved act out of the scope of their position or the law. I never should have used the amount of force I did, especially on a cuffed individual.

     After my loss of control and assault of Mr. ███ I immediately sought out guidance from mental health professionals and coworkers. Upon speaking to mental health providers I was diagnosed with PTSD. While I say I was diagnosed with PTSD, I do not mean to use that as an excuse for my actions. I said I take full responsibility and Mr. ███ should never have suffered that assault by my hand. I will say, that had I known that I could do something like this due to a past trauma I would have not gone back to work.

     Since March of 2020, I have worked with mental health professionals. Having made many breakthroughs with my PTSD, I decided to resign from NYSDOCCS. I plan on continuing treatment and concentrating on my family and new business.

     My wife and I welcomed our new baby boy into this world on June 27th of this year. I feel so blessed to be a father and am so happy watching my son grow and learn new skills every day. I have never felt joy like I do when he looks at me and smiles.

     I am the care taker of my elderly parents. My father is severely over weight due to medical conditions and wheelchair bound. He also suffers from cognitive issues due to a ███ that he suffered. His mental state is slow and it is hard for him to process new information. I am the only one who can get him into a vehicle and around the hospital or doctors offices. We have tried ambulate services before but not only can we not afford them, every one we have tried has declined on the basis of his size and weight. I also have the daunting task of not only having to decipher his medical paperwork, but I then have to explain it to him.

     My wife and I also started a property maintenance company. For the last two years we have taken any profits and invested them back into the business. Every year the company becomes stronger. I am currently the sole laborer. We hope to have employees in the near future once we have a solid footing and can ensure those we hire will be able to depend on us to keep them employed. Since my wife and I come from poorer backgrounds, we keep prices where most can afford and benefit from our services. We service customers from the impoverished to at least one world renowned customer. We provide the same quality of work and all of our customers love us. We have such a good reputation that we no longer actively advertise and are mostly word of mouth. The majority of our customers are repeat due to our attention to detail, personable demeanor, and our love for what we do. We consistently go above and beyond what our customers expected. The joy they show us is what makes our hard work worth it.

In conclusion I am asking for some leniency with your decision. I have never been in trouble before and have not been since. If I am taken away from my family not only will that hurt my son, but it will cause everyone that depends on me to be another victim in my 2020 assault of Mr. ███. My parents have no one that could do what I have taken upon my shoulders. My wife would have no help raising my son. The company that my wife and I have invested all of our time and money into, would disappear, upon the people that have grown to depend on us. I understand actions have consequences, I just ask that you consider in your decision consequences that will not impose themselves on innocent people as collateral damage.

Thank you for your time.

Respectfully,
Aaron Finn